**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 13 |
| SHADANA T. DAVIS, | Case No. 26-11570 (AMC) |
| DEBTOR. | |

# THE CITY OF PHILADELPHIA'S OBJECTION TO THE PROPOSED CHAPTER 13 PLAN

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a creditor in the above-captioned case, by and through its Counsel, Pamela Elchert Thurmond, Senior Attorney, pursuant to Bankruptcy Code §§ 1322(a)(2), and L.B.R. 3015-4, to object to the proposed Chapter 13 Plan (the "Plan"), of the above-captioned debtors, (the "Debtor"). The City avers the following in support thereof:

1. On April 15, 2026, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2. On October 6, 2026, the City filed a claim in the amount of $8,760.64 that included a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code for Business Income and Receipts Tax, Net Profits Tax, and general unsecured claim for Business Income and Receipts Tax and Net Profits Tax. A copy of the proof of claim filed by the City is attached hereto and marked as "Exhibit A."

3. The claim also included unliquidated, non-filed business tax returns for business tax returns for Net Profit Tax for which the debtor was obligated to pay. A copy of the same is marked as "Exhibit A."

4. A portion of the unliquidated business taxes would constitute a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

5. As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

6. As of October 6, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** returns for the periods: 12/31/2023, & 12/31/2024
>
> **Net Profits Tax** return for the periods: 12/31/2023 & 12/31/2024

7. On April 15, 2026, the Debtor filed the Plan, which fails to provide payment towards the Priority Claim. A copy of the Plan is attached hereto and marked as "Exhibit B."

8. The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

9. A proposed plan must "provide for the full payment…of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

10. The Plan should not be confirmed until all priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 6, 2026 By: */s/ Pamela Elchert Thurmond*

PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 13 |
| | : | |
| SHADANA T. DAVIS, | : | |
| | : | Case No. 26-11570 (AMC) |
| | : | |
| DEBTOR. | : | |

* * * * * * *

**CERTIFICATION OF SERVICE**

I, Pamela *Elchert Thurmond*, certify that on October 6, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed Chapter 13 Plan

- Exhibit A, City of Philadelphia's Proof of Claim, filed October 6, 2026.

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 6, 2026

*/s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST

Address: Office of the Chapter 13 Standing Trustee

190 N. Independence Mall West – Suite 701

Philadelphia, PA 19106

Relationship of Party: Chapter 13 Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

Robert N.C. Nix Federal Building

900 Market Street – Suite 320

Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: Brad J. Sadek

Address: 1500 JFK Boulevard, Suite 220

Philadelphia, PA 19102

Relationship of Party: Debtor's Counsel of Record

Via: ~~CM/ECF~~ 1st Class Mail Certified Mail e-mail: Other:

Name: Shandana T. Davis

Address: 1044 E. Sedwick Street

Philadelphia, PA 19150

Relationship of Party:

Via: CM/ECF ~~1st Class Mail~~ Certified Mail e-mail: Other: